rari granted. *Solicitor General Perlman* for petitioner. *M. L. Cook* for respondent.

No. 180. KEROTEST MANUFACTURING CO. *v.* C-O-TWO FIRE EQUIPMENT CO. C. A. 3d Cir. Certiorari granted. *Walter J. Blenko, John F. C. Glenn* and *Aaron Finger* for petitioner. *R. Morton Adams, Arthur G. Connolly* and *Edward T. Connors* for respondent.

No. 78. VON MOLTKE *v.* GILLIES, SUPERINTENDENT. C. A. 6th Cir. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for respondent.

No. 136. BUTTERFIELD, DIRECTOR OF THE IMMIGRATION & NATURALIZATION SERVICE, *v.* ZYDOK. C. A. 6th Cir. Certiorari granted. *Solicitor General Perlman* for petitioner. *Carol King* for respondent.

No. 173. LYKES *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *Chester H. Ferguson* and *George W. Ericksen* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.

No. 204. GUESSEFELDT *v.* McGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Robert F. Klepinger* and *William W*